Leeron G. Kalay (CA 233579)
kalay@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070 | Fax: (650) 839-5071

Thad C. Kodish (*Pro Hac Vice* forthcoming)
tkodish@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005 | Fax: (404) 892-5002

Jared M. Hartzman (*Pro Hac Vice* forthcoming)
hartzman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 | Fax: (202) 783-2331

Attorneys for Defendants
SAMSUNG ELECTRONIC CO., LTD and
SAMSUNG ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SUBPOENA to Krista Jacobsen | Misc. Case No.: <br><br> (Originating Case: Headwater Research LLC v. Samsung Elec. Co., Ltd., et al., E.D. Tex. Case No. 2:22-cv-00422-JRG-RSP) <br><br> **DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION TO COMPEL THIRD PARTY KRISTA JACOBSEN'S COMPLIANCE WITH SUBPOENA** <br><br> DATE: <br> TIME: <br> JUDGE: |

**REDACTED VERSION OF DOCUMENT**

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER IN HEADWATER RESEARCH LLC V. SAMSUNG ELEC. CO., LTD., ET AL. E.D. TEX. CASE NO. 2:22-CV-00422-JRG-RSP**